UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
(Springfield)

Civil Docket No.: 12-cv-30146-MAP

| | |
|---|---|
| MARGARET WAGNER | ) |
| Plaintiff | ) |
| v. | ) |
| BAYSTATE HEALTH, INC. | ) |
| Defendant | ) |

### PLAINTIFF'S MOTION TO STRIKE AFFIDAVIT OF JOANNE PALMER

The Plaintiff, Margaret Wagner, ("Plaintiff"), hereby moves to strike the Affidavit of JoAnne Palmer submitted by the Defendant, ("Baystate Health, Inc.") in support of its Partial Motion for Summary Judgment. A Memorandum in support of the instant Motion is filed herewith.

WHEREFORE, for the reasons articulated in the Memorandum In Support of this Motion, the Plaintiff respectfully requests that the Affidavit of JoAnne Palmer be stricken.

*[Handwritten endorsement:]* DENIED as unnecessary. In ruling on the motion for summary judgment the court did not consider the disputed portion of the Palmer affidavit. So ordered.

Michael A. Ponsor USDJ
10·29·13