UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

MARGARET WAGNER,            )
    Plaintiff            )
                              )
                              )
          v.            )   C.A. 12-cv-30146-MAP
                              )
                              )
BAYSTATE HEALTH, INC.,      )
    Defendant            )

ORDER PROHIBITING POST-VERDICT
CONTACT WITH JURORS

February 20, 2014

PONSOR, U.S.D.J.

    In implementation of the holding of the Court of Appeals for the First Circuit in <u>United States v. Kepreos</u>, 759 F.2d 961 (1st Cir. 1985), it is hereby Ordered:

    That no counsel, litigant herein, or their agents, shall have any post-verdict contact or discussion of any kind with any member of the jury in the above-entitled matter, except under the supervision of this court as indicated by a prior written order of this court authorizing such contact. Violation of this Order shall result in consideration of the imposition of sanctions upon any offending party.

    Any counsel or litigant who becomes aware of any such contact or attempted contact shall forthwith report the same to this court, in writing, setting forth all known facts with respect thereto.

    It is So Ordered.

                                            <u>/s/ Michael A. Ponsor</u>
                                            MICHAEL A. PONSOR
                                            U. S. District Judge